# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA ASHEVILLE DIVISION

| | |
|---|---|
| **GEORGE EDWARD FITE, Administrator** ) <br> **of the Estate of Lacy R. Fite, and GEORGE** ) <br> **FITE and WANDA FITE, Individually,** ) <br> ) <br> **Plaintiffs** ) <br> ) <br> v ) <br> ) <br> **ORTHO-McNEIL PHARMACEUTICAL,** ) <br> **INC., et al,** ) <br> ) <br> **Defendants.** ) <br> ) | **CIVIL NO. 1:07 CV 318** |

## ORDER

**THIS MATTER** is before the court upon the plaintiffs' motion for admission *pro hac vice (#8)* of Michael A. London, of the law firm of Douglas and London, P.C., 111 John Street, Suite 1400, New York, NY 10038, (212)566-7500, to appear as counsel for the plaintiffs in this matter filed on October 3, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiffs' motion is **ALLOWED**, and that Michael A. London is hereby granted special admission to the bar of this court, after payment of the admission fee having been paid to the Clerk of this court.

Signed: October 4, 2007

Dennis L. Howell
United States Magistrate Judge