# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:07cv318

| | |
|---|---|
| GEORGE EDWARD FITE, Administrator of the Estate of Lacy R. Fite; and GEORGE FITE and WANDA FITE, individually, <br><br> Plaintiffs, <br><br> Vs. <br><br> ORTHO-McNEIL PHARMACEUTICAL, INC.; JOHNSON & JOHNSON; and JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, LLC f/k/a R. W. JOHNSON PHARMACEUTICAL RESEARCH INSTITUTE, MERCK & CO., INC., <br><br> Defendants. | ORDER |

**THIS MATTER** is before the court on the defendants' Motion to Stay all proceedings pending transfer decision by the Judicial Panel on Multidistrict Litigation. Having considered such motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the defendants' Motion to Stay (#18) is **GRANTED,** and all proceedings in this matter are **STAYED** pending transfer by the Judicial Panel on Multidistrict Litigation.

Signed: November 13, 2007

Dennis L. Howell
United States Magistrate Judge